RECEIVED
NOV 23 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| IVORY LANE SIMON | CIVIL ACTION NO. 15-1882 |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| UNITED STATES, et al | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order, doc. #3, is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 20th day of November, 2015.

DEE. D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT